IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHAHID AHMAD MONTANA, # N-83733,** )
*also known as* **FAMOUS REID,**              )
*also known as* **REGINALD SMITH,**        )
                                                                          )
                                   **Plaintiff,**           )
                                                                          )
vs.                                                                 )     Case No. 13-cv-00733-JPG
                                                                          )
**BANK AND INS. CO.,** *et al.*,                 )
                                                                          )
                                   **Defendants.**      )

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On August 15, 2013, Plaintiff was ordered to pay the full filing fee of $350.00 for this action no later than September 6, 2013 (Doc. 7).  Plaintiff was clearly warned in this Order that failure to pay the full filing fee of $350.00 would result in dismissal of the case.  The date to pay the full filing fee has passed, and Plaintiff has failed to do so.  As a result, this action is **DISMISSED** without prejudice, for failure to comply with an Order of this Court.  **FED. R. CIV. P. 41(b).  See generally *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997)**; *Johnson v. Kamminga,* **34 F.3d 466 (7th Cir. 1994).**  This dismissal shall **NOT** count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g).  Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $350.00 remains due and payable.  *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).  The Clerk's Office is **DIRECTED** to close this case.

   **IT IS SO ORDERED.**

   DATED:  September 13, 2013

                *s/ J. Phil Gilbert*
                United States District Judge